UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARVIN BROWN | CIVIL ACTION |
| VERSUS | NO. 10-188 |
| ROBERT TANNER, WARDEN | SECTION "C" (2) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's motion to dismiss is **GRANTED** and plaintiff's Section 1983 complaint is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

New Orleans, Louisiana, this 13 day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE